## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLUSOLA OLABODE                                                    PLAINTIFF

VS.                                      CIVIL ACTION NO.: 3:14-cv-00642-TSL-RHW

TOUGALOO COLLEGE,
AND JOHN DOES 1-15                                                DEFENDANTS

---

### MOTION TO WITHDRAW AS COUNSEL

---

COMES NOW, MATTHEW D. WILSON and THE LAW OFFICE OF MATTHEW WILSON, PLLC, and move this Honorable Court for leave to withdraw as counsel for record for the Plaintiff, OLUSOLA OLABODE, and would show unto the Court as follows, to-wit:

1.      Plaintiff's counsel respectfully requests that he be allowed to withdraw from the representation of the Plaintiff and that Plaintiff be allowed at least 60 days from the date of the Order to secure other counsel or to otherwise appear on his own behalf, *pro se*.   Plaintiff's counsel would state unto the Court that a copy of this Motion is being served, mailed or otherwise delivered to Plaintiff.

2.      Plaintiff's counsel would specifically state that attorney-client communication has broken down to the point where Plaintiff's counsel is unable to represent the Plaintiff's interests properly and adequately.   Specifically, Plaintiff has demonstrated a lack of full and complete trust in Plaintiff's counsel by obtaining material assistance from another law office without first consulting Plaintiff's counsel in advance.   Moreover, recent unilateral actions by the Plaintiff have complicated the ability of Plaintiff's counsel to act effectively.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff's counsel, Matthew Wilson and the Law Office of Matthew Wilson, PLLC respectfully request this Court to grant leave to withdraw as counsel of record for the Plaintiff herein, and asks for an Order to be entered by the Court in accordance with this Motion.

This, the 19th day of August, 2014.

Respectfully Submitted,

MATTHEW D. WILSON and
THE LAW OFFICE OF
MATTHEW WILSON, PLLC


By: /s/ Matthew Wilson_____
       Matthew Wilson

PREPARED BY:
MATTHEW WILSON (MS Bar #102344 / TN BPR# 28175)
The Law Office of Matthew Wilson, PLLC
203 East Main Street
Starkville, MS 39759
Telephone:  662-323-2889
Facsimile (662) 323-4069

### CERTIFICATE OF SERVICE

I, Matthew Wilson, do certify that I have on this date mailed a true and correct copy of the foregoing motion to the undersigned persons, via first class US Mail, postage prepaid:

Dr. Olusola Olabode
PO Box 640
Tougaloo, MS 39174

: /s/ Matthew Wilson_____
       Matthew Wilson